IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:20-cr-73 |
| | ) | |
| THOMAS RICHARD GALLAWAY, | ) | The Hon. T.S. Ellis, III |
| | ) | |
| Defendant. | ) | |

FILED IN OPEN COURT

Jan 2 6 2020

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL INFORMATION

### COUNT ONE

THE UNITED STATES ATTORNEY CHARGES THAT:

Between in and around September 2015 and continuing through in and around April 2016, in Fairfax County, Virginia, within the Eastern District of Virginia and elsewhere, the defendant, THOMAS RICHARD GALLAWAY, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with Jimmy Oliver Zeigler II, Kimberly Roxann Braun, Kallie Ann Sack, and other persons, both known and unknown, to unlawfully, knowingly, and intentionally distribute fifty grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(In violation of Title 21, United States Code, Section 846)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

Carina A. Cuellar
Assistant United States Attorney