**Query**   **Reports**   **Utilities**   **Help**   **What's New**   **Log Out**

CLOSED

# U.S. District Court
## Eastern District of Virginia - (Alexandria)
### CRIMINAL DOCKET FOR CASE #: 1:20-cr-00073-TSE-1

| | |
|---|---|
| Case title: USA v. Galloway | Date Filed: 03/09/2020<br>Date Terminated: 10/30/2020 |

Assigned to: District Judge T. S. Ellis, III

### Defendant (1)

| | | |
|---|---|---|
| **Thomas Richard Gallaway**<br>*TERMINATED: 10/30/2020* | represented by | **Amy Lovell Wilson**<br>Amy L Wilson PLC<br>10623 Jones St<br>Suite 101A<br>Fairfax, VA 22030<br>703 564-2188<br>Fax: 703 790-8000<br>Email: aklwilson@yahoo.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846 CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE<br>(1) | 27 months -BOP. 3 year SR Term |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|

None

**Plaintiff**

| USA | represented by | **Carina Cuellar**<br>US Attorney's Office (Alexandria-NA)<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>**NA**<br>703-299-3700<br>Email: carina.cuellar@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: US Attorney* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 03/09/2020 | | Set Hearing as to Thomas Richard Galloway: **Pre-Indictment Plea Hearing set for 3/27/2020 at 02:00 PM** in Alexandria Courtroom 900 before District Judge T. S. Ellis III. (tran) (Entered: 03/09/2020) |
| 03/17/2020 | | Pre-Indictment Plea Hearing set for Friday, March 27, 2020 at 2:00 p.m. as to Thomas Richard Galloway -Terminated: Pursuant to General Order No. 2020-03 issued by Mark S. Davis, Chief United States District Judge. (tran) (Entered: 03/17/2020) |
| 04/13/2020 | 2 | ORDER- It is hereby **ORDERED** that a plea hearing in this matter is **SCHEDULED** for **Friday, June 12, 2020 at 2:30 p.m.** as to Thomas Richard Galloway. Signed by District Judge T. S. Ellis, III on 4/13/2020. (dest, ) (Entered: 04/13/2020) |
| 04/13/2020 | | Reset Deadlines/Hearings as to Thomas Richard Galloway: **Pre-Indictment Plea Hearing reset for 6/12/2020 at 02:30 PM** in Alexandria Courtroom 900 before District Judge T. S. Ellis III. (dest, ) (Entered: 04/13/2020) |
| 04/13/2020 | | Reset Hearing as to Thomas Richard Galloway: **Pre-Indictment Plea Hearing reset for 6/26/2020 at 03:00 PM** in Alexandria Courtroom 900 before District Judge T. S. Ellis III. (tran) (Entered: 04/13/2020) |
| 06/25/2020 | 3 | Pretrial Services Bond REPORT (Initial Pretrial Services Bond Report) (SEALED - government and defense counsel) as to Thomas Richard Galloway. (pet, leo) (Entered: 06/25/2020) |
| 06/26/2020 | 4 | NOTICE OF ATTORNEY APPEARANCE: Amy Lovell Wilson appearing for Thomas Richard Galloway (Wilson, Amy) (Entered: 06/26/2020) |
| 06/26/2020 | 5 | WAIVER OF INDICTMENT by Thomas Richard Galloway (tran) (Entered: 06/26/2020) |
| 06/26/2020 | 6 | CRIMINAL INFORMATION as to Thomas Richard Galloway (1) count(s) 1. (tran) (Entered: 06/26/2020) |

| | | |
|---|---|---|
| 06/26/2020 | 7 | Minute Entry for proceedings held before District Judge T. S. Ellis, III: Pre-Indictment Plea Hearing as to Thomas Richard Galloway held on 6/26/2020. USA appeared through Carina Cuellar. Defendant appeared with counsel, Amy Wilson.<br>Defendant waived right to indictment, was informed of penalties and rights, and pled guilty to Count I of the Criminal Information 6 . Plea accepted. Defendant referred to PO for preparation of a PSR and **Sentencing set for 10/30/2020 at 09:00 AM** in Alexandria Courtroom 900 before District Judge T. S. Ellis III. Oral Motion to Defer Reported -DENIED.<br>Defendant remanded.<br>Court Reporter: P. Kaneshiro-Miller<br>(tran) (Entered: 06/26/2020) |
| 06/26/2020 | 8 | Redacted Criminal Case Cover Sheet (tran) (Entered: 06/26/2020) |
| 06/26/2020 | 9 | PLEA AGREEMENT as to Thomas Richard Galloway (tran) (Additional attachment(s) added on 6/26/2020: # 1 Under Seal Addendum) (tran, ). (Entered: 06/26/2020) |
| 06/26/2020 | 10 | Statement of Facts as to Thomas Richard Galloway (tran) (Entered: 06/26/2020) |
| 09/25/2020 | 11 | PRESENTENCE INVESTIGATION REPORT (Disclosed Presentence Investigation Report) (SEALED - government and defense counsel) as to Thomas Richard Galloway. Objections to PSI due 10/12/2020. (compher, tara) (Entered: 09/25/2020) |
| 10/22/2020 | 12 | PRESENTENCE INVESTIGATION REPORT (Sentencing Presentence Investigation Report) (SEALED - government and defense counsel) as to Thomas Richard Galloway. (Attachments: # 1 Letter Attorney)(santiago, claritza) (Entered: 10/22/2020) |
| 10/26/2020 | 14 | Sealed Position in Sentencing by USA (dest, ) (Entered: 10/26/2020) |
| 10/26/2020 | 15 | Sealed Motion by USA as to Thomas Richard Galloway. (dest, ) (Entered: 10/26/2020) |
| 10/26/2020 | 16 | MOTION to Seal by Thomas Richard Galloway. (Attachments: # 1 Proposed Order)(Wilson, Amy) (Entered: 10/26/2020) |
| 10/27/2020 | 17 | ORDER granting 16 Motion to Seal as to Thomas Richard Galloway (1). Signed by District Judge T. S. Ellis, III on 10/27/2020. (see Order for details) (dest, ) (Entered: 10/27/2020) |
| 10/28/2020 | 18 | Sealed Position on Sentencing by Thomas Richard Galloway. (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C)(aott, ) (Entered: 10/28/2020) |
| 10/30/2020 | 19 | Minute Entry for proceedings held before District Judge T. S. Ellis, III: Sentencing held on 10/30/2020.<br>Court Reporter: T. Harris<br>(tran) (Entered: 10/30/2020) |
| 10/30/2020 | 20 | JUDGMENT as to Thomas Richard Galloway, Count(s) 1, 27 months w/credit |

|  |  | for time served w/3 year SR Term with special conditions; $100 SA. Signed by District Judge T. S. Ellis, III on 10/30/2020. (tran) (Entered: 10/30/2020) |
|---|---|---|
| 10/30/2020 | 21 | Sealed Statement of Reasons as to Thomas Richard Galloway. (tran) (Entered: 10/30/2020) |
| 10/30/2020 | 22 | Confidential Information Page re: Judgment as to Thomas Richard Galloway. (tran) (Entered: 10/30/2020) |
| 11/19/2020 | 23 | Mail sent to Attorney Amy Lovell Wilson returned as undeliverable. (dest, ) (Entered: 11/19/2020) |
| 05/28/2021 | 24 | Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision as to Thomas Richard Gallaway. (kgall) (Entered: 05/28/2021) |