IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
Phoenix Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR-22-50020-PHX-DWL |
| ) | |
| ) | Supervised Release |
| THOMAS RICHARD GALLAWAY, ) | Transfer of Jurisdiction: 01/25/2022 |
| ) | |
| ) | The Honorable Dominic W. Lanza |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO EARLY TERMINATE PROBATION**
*ELECTRONICALLY FILED*

Comes the Defendant, Thomas Richard Gallaway, by and through counsel, Amy L. Wilson, and pursuant to 18 U.S.C. § 3564(c), hereby submits the following memorandum in support of terminating probation:

**BACKGROUND**

On June 26, 2020, Mr. Gallaway pleaded guilty to Conspiracy to Distribute 50 Grams or More of Methamphetamine, a Schedule II controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and 846. On October 30, 2020, Mr. Gallaway was sentenced to a term of twenty-seven (27) months with credit for time served pending sentencing. As part of his imprisonment, Judge Ellis recommended Mr. Gallaway participate in the Residential Drug Abuse Treatment Program (RDAP), and that he serve his sentence at a facility commensurate with his minimal security needs. He was released from imprisonment on January 18, 2022. On January 25, 2022, Judge Ellis entered an order transferring jurisdiction of Mr. Gallaway's three (3) years of supervised release to the United States District Court for the District of Arizona. The transfer of supervised release was accepted by this Court on January 27, 2022.

1

**LAW AND ARGUMENT**

Pursuant to 18 U.S.C. § 3564(c), the court, after considering the factors set forth in § 3553(a), "may … terminate a term of probation previously ordered and discharge the defendant any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." Given Mr. Gallaway's success for over one year on probation, and the other 18 U.S.C. § 3553(a) factors, early termination is warranted by Mr. Gallaway's good conduct and in the interest of justice. For Mr. Gallaway, a term of supervised release of 14 months is sufficient but not greater than necessary to comply with the requirements of 18 U.S.C. § 3553(a).

A. **Mr. Gallaway's Background and Case History**

Mr. Gallaway is now 45 years old and, prior to this offense, he had a criminal history score of zero. He was born and raised in Ulm, Germany, where his father was stationed with the United States military. When he was 23 years old, he moved to live in the United States for the first time and obtained various computer certifications. In 2013, with his aptitude for and knowledge of computers, he was able to obtain employment as a Senior Network Engineer with National Committee for Quality Assurance ("NCQA"), where he worked continuously until the time he was incarcerated.

Having come to the United States at age 23, and with few social ties to America, Mr. Gallaway initially spent much of his free time alone while pursuing his passion for technology. He rarely drank and did not use any drugs other than marijuana as a teenager. In 2007, he became romantically involved with a woman who introduced him to methamphetamine, and he quickly became addicted. Over the course of his addiction, he struggled unsuccessfully to stop using. In 2015, to support his habit, he made the decision to sell methamphetamine, which lead

to an unending cycle of acquiring – using – selling the drug. He had constant feelings of worry, guilt and paranoia. And his biggest fear throughout of police, agents, and punishment became his saving grace in April of 2016, when law enforcement executed a controlled delivery of two pounds of methamphetamine to Mr. Gallaway.

When Mr. Gallaway was interviewed by law enforcement, he immediately took responsibility and readily admitted that he had distributed methamphetamine. On June 26, 2020, Mr. Gallaway pleaded guilty to violation of 21 U.S.C. §§ 841(a)(1) and 846.While Mar. Gallaway was sentenced to a term of twenty-seven (27) months, through his successful completion of the (RDAP) program, he was subject to early release in January of 2022. With his father now residing in Phoenix, his supervised release was transferred to the District of Arizona. Since that time, he has fully complied with all terms of his probation, and he has lead an exemplary life.

**B. Mr. Gallaway's Life now and Compliance with Supervised Release**

1. <u>Mr. Gallaway is working again as a Network Engineer.</u>

Mr. Gallaway is highly skilled in computer programming and network infrastructure. Currently, Mr. Gallaway works for Systrends USA, an Arizona based data transaction and distribution software company serving the energy and retail markets with data management and cyber security. See Letter from Dave Darnell, CEO/CISO/Founder of Systrends USA, along with Mr. Gallaway's Contracts of Employment, attached hereto. Since joining Systrends USA in March 2022, Mr. Gallaway has been promoted to Director of Data Operations. Not only does Mr. Darnell find that Mr. Gallaway's professional skills have met or exceeded his expectations, but also he has observed that Mr. Gallaway to be a kind and compassionate individual who has a positive impact on those around him. He believes Mr. Gallaway is a team player who is

always willing to lend a helping hand.

    2. <u>Mr. Gallaway is receiving ongoing care for his substance use disorder and mental health</u>.

As stated previously, Mr. Gallaway completed the RDAP program for his addiction prior to his release from incarceration. Since that time, he has regularly attended AA/NA meetings, where he regularly shares his experience with others. He has had all negative drug screens throughout probation. In addition, at the direction of his probation officer, he enrolled in and attended mental health counseling, which provided him valuable insight for and assistance with his diagnosis of ADHD. See Terros Health Certificate of Completion, attached hereto.

    3. <u>Mr. Gallaway is a contributing member of his community</u>.

Mr. Gallaway has performed over 30 hours of community service as a volunteer for the nonprofit organization Sleep in Heavenly Peace ("SHP"). See Letter from SHP Chapter President Joseph R. Genovese, attached hereto. Mr. Gallaway has volunteered multiple times building and delivering beds for underprivileged children. In Mr. Genovese's opinion, he found Mr. Gallaway to be of good character and a true community servant.

    4. <u>Mr. Gallaway is reconciled with his family</u>.

Mr. Gallaway currently resides in Phoenix, Arizona, and lives close to his ailing father. Although Mr. Gallaway now has his own apartment, he sees his father two to three days per week for dinner, shopping, and errands. He also assists his father with ongoing medical appointments. The rest of Mr. Gallaway's family, to include his mother and sister, live in Germany. See Letters from Mr. Gallaway's mother, Rena Stolzle, and sister, Jennifer Jandt, attached hereto. They have not seen Mr. Gallaway in many years and would very much like for him to come to Germany for a visit. The fact that he cannot leave the country to visit his family is the primary reason for Mr. Gallaway's request to terminate his probation.

## **CONCLUSION**

    Mr. Gallaway continues to be deeply remorseful for his conduct and relieved to finally be removed from everything associated with methamphetamine. His conviction and sentence, which included substance abuse treatment with RDAP, have given him freedom from all of the dark and dependent ties he once had to a world so far removed from anything he had ever known before. He continues to be willing to do whatever is necessary to right his wrong and he is grateful to have the chance to start a new life and give back to others. He has demonstrated his rehabilitation through his successful completion of the RDAP program while he was imprisoned, and compliance with all requirements and programs while on supervised release. For the reasons discussed above, the period of supervised release of 14 months in Mr. Gallaway's case is sufficient and no greater the necessary fulfill the requirements of 18 U.S.C. § 3564(c) and 18 U.S.C. § 3553(a).

    WHEREFORE, Thomas Gallaway respectfully requests that the Court release him from supervised release, and for such other and further relief as is just and appropriate.

                                                Respectfully submitted,
                                                Thomas Gallaway
                                                By Counsel:

                                                _____/s/_____
                                                Amy L. Wilson
                                                Virginia Bar Number 66768
                                                Counsel for Mr. Gallaway
                                                633 Carlisle Drive
                                                Herndon, Virginia 20170
                                                (571)733-8867 (tel)
                                                (571)612-3761 (fax)
                                                aklwilson@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of March 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

United States Attorney
United States Attorney's Office
Two Renaissance Square
40 N. Central Avenue, Suite 1800
Phoenix, AZ 85004
Tel: (602) 514-7500

                                                      /s/
                                        Amy L. Wilson
                                        Virginia Bar Number 66768
                                        Counsel for Mr. Gallaway
                                        633 Carlisle Drive
                                        Herndon, Virginia 20170
                                        (571)733-8867 (tel)
                                        (571)612-3761 (fax)
                                        aklwilson@yahoo.com