

# Certificate of Completion

## Mood Management

**Terros Health**

this certificate is awarded to

### Thomas Gallaway

in recognition of successfully completing and fulfilling the requirements of the group.

This __26th__ Day of __April, 2022__

_signature_ of TERROS Health Staff        04/26/22  date