# SHP SLEEP IN HEAVENLY PEACE
## NO KID SLEEPS ON THE FLOOR IN OUR TOWN!

456 Madrin Street, Twin Falls ID 83301  |  844-432-BEDS (2337)  |  www.shpbeds.org

February 6, 2023

Joseph R Genovese
Sleep in Heavenly Peace
11019 E Juan Tabo Rd
Scottsdale, AZ 85255

Judge Dominic W Lanza
State of Arizona – court system

Dear Judge Lanza,

The purpose of this letter is for me to serve as a character reference for Mr. Thomas Gallaway and to attest to his outstanding volunteer work with our nonprofit, Sleep in Heavenly Peace (SHP).

Thomas has demonstrated a strong commitment to community service with our organization, which builds & delivers bunk beds for underprivileged children in the Phoenix area. Thomas has volunteered multiple times at "bed builds" where we gather as volunteers to construct the beds. He has also volunteered multiple times to deliver beds to kids in need with our team.

On our last occasion following a bed delivery, Thomas joined me, my grandson and his friend for lunch to reflect on our work that day. It was then that I got to know Thomas even better and was even more convinced that he is of good character and a true community servant.

I am not entirely sure what occurred in Thomas' past that required him to do mandatory community service, but I am quite sure that he would have joined us anyway due to his giving nature.

I welcome a call if I can serve in any other capacity to speak on Thomas' behalf.

Thank you.

Respectfully,


Joseph R Genovese
SHP, chapter president
Member, Board of Directors

480-544-3498
joe.genovese@shpbeds.org

SHPBEDS.ORG