# Rena Stölzle

---

February 5, 2023

Dear Judge Lanza,

My English is not so good, but I will try my best.

My son Thomas Gallaway wants to come to visit Germany, and the whole family is deeply waiting on him! We didn't see each other now for many years. I as his mother can't wait to take him in my arms again. Every time we talk on the telephone we ask him when he will come to visit and he says he wants to but can not leave the country.

We will go to the grave of his grandparents who loved him deeply. It is very sad he could not see them before they passed away, and he keeps talking about wanting to visit their resting place. Also his sister has become a Baby Boy, he is half a year now. The husband of his sister is a Federal Police Officer working in Munich, Germany.

None of us have to do with drugs or anything else so there is a safe environment for him to be here.

I am now in retirement and I have enough time to do all these things with Thomas. I am 66 years old and have been working for 20 years long in a retirement home run by the Red Cross. I also recently was treated for thyroid cancer which caused in me having major surgery and my thyroid removed.

I can't wait to see him again! So all the others, like my brother and his two cousins! Both of them are meanwhile parents too. One is working for the german customs and the other is a Trainer for the german ski association. He is training the German Woman's ski team which are not as successful as the American team. So all in all we are a clean family and I beg you deeply, let Thomas come to us.

Sincerely yours,
Rena Stölzle

Thank you very much for your consideration and feel free to contact me. My contact information is below.

SPITALWEG 7, 86381 KRUMBACH, GERMANY
TELEPHONE : 08282/6056052  EMAIL: RENASTOLZLE24@GMAIL.COM

From: j_jandt@web.de  
Subject: Thomas Gallaway  
Date: January 9, 2023 at 12:24 AM  
To: atomist@gmail.com

Hello judge Lanza,

Regarding my brother:
It would be nice if he could come visit us in Germany soon, due to his unfortunate circumstances we haven't had any contact for a long time and therefore we would be very happy to see him again soon, to show him our grandparents' grave, his Meet nephews for the first time. Just seeing you again after a few years.
My brother was and is a very generous person with his heart in the right place. We always had a very good relationship. Of course, when the drug problem started, there was less contact, but I always knew that he was not a malicious person, but that he had slipped in through accidental circumstances. Thank god he's over it now and has a settled good life he lives near our father takes very good care of him since he's ill and they spend a lot of time together. We talk on the phone a lot via FaceTime, he has everything under control, works diligently.
He has absolutely no contact with the old life and people. He has built a whole new good life for himself. He himself is happy that everything is fine again, things are going well now.
We are very happy that everything is fine and that he is over it. He shows insane remorse and never wants to deal with this kind of thing and people ever again, he's fine now and wants to keep it that way.
Now, of course, the whole family would be very happy to see him soon. It's easier he comes to Germany because in Germany there are several family members who can't all fly that far, including a baby that can't fly that long yet.
If he could come out of parole sooner to visit us, that would be great.


Many many thanks  
Best regards  
Jennifer Jandt

From: j_jandt@web.de
Subject: Thomas Gallaway
Date: January 9, 2023 at 12:24 AM
To: atomist@gmail.com

Guten Tag judge Lanza,

Bezüglich meines Bruders:
Es wäre schön wenn es die Möglichkeit gibt das er uns bald in Deutschland besuchen kommt, durch seine unglücklichen Umstände haben wir lange Zeit keinen Kontakt gehabt und daher würden wir uns sehr sehr freuen ihn bald wieder zusehen, ihm das Grab unserer Großeltern zu zeigen, seinen Neffen das erste mal kennen lernen. Einfach ein Wiedersehen nach einigen Jahren.
Mein Bruder war und ist ein sehr großzügiger Mensch mit dem Herz am richtigen Fleck.Wir hatten immer ein sehr gutes Verhältnis. Als es mit der Drogenproblematik los ging wurde der Kontakt natürlich weniger aber ich wusste immer das er kein böswilliger Mensch ist sondern durch Unglücke Umstände rein gerutscht ist. Gottseidank ist er nun über die Sache hin weg und hat ein geregeltes gutes Leben er wohnt in der Nähe unseres Vaters kümmert sich sehr toll um ihn da er ist krank und sie verbringen viel Zeit zusammen. Wir telefonieren sehr viel über FaceTime er hat alles super im Griff, arbeitet Fleissig.
Er hat überhaupt kein Kontakt zu dem alten Leben und Leuten. Er hat sich ein ganz neues gutes Leben aufgebaut. Er hat selbst Freude das alles wieder gut ist es geht im gut jetzt.
Wir sind sehr froh das es alles gut ist und er darüber hin weg ist. Er zeigt wahnsinnige Reue und will nie mehr mit so einer Sache und Leute zu tun haben ihm geht es jetzt gut und das will er so behalten.
Jetzt würde sich natürlich die ganze Familie sehr freuen in bald zu sehen. Es ist einfacher er kommt nach Deutschland weil in Deutschland gibts mehrere Familienmitglieder die nicht alle so weit fliegen können unter anderem auch in Baby das noch nicht fliegen kann so lang.
Wenn er früher aus der Bewährung raus kommen könnte um uns zu Besuchen wäre das sehr schön.


Vielen herzlichen Dank
Mit freundlichen Grüßen
Jennifer Jandt