GARY M. RESTAINO
United States Attorney
District of Arizona
William H. Bryan III
Assistant U.S. Attorney
Florida State Bar No. 0045012
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: William.Bryan@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  vs.<br><br>Thomas Richard Gallaway,<br><br>  Defendant. | No. CR-22-50020-PHX-DWL<br><br>**NOTICE OF<br>SUBSTITUTION OF COUNSEL** |

NOTICE is hereby given, in accordance with Local Rule 83.3(a) of the Rules of Practice for the U.S. District Court for the District of Arizona, that Assistant United States Attorney William H. Bryan III is substituted in place of Assistant United States Attorney Sheila Phillips as attorney for the United States.

Respectfully submitted this 2nd day of May, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/William H. Bryan III*
WILLIAM H. BRYAN III
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of May, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

Amy L. Wilson, Esq.

*s/William H. Bryan III*
U.S. Attorney's Office