GARY M. RESTAINO
United States Attorney
District of Arizona
William H. Bryan III
Assistant U.S. Attorney
Florida State Bar No. 0045012
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: William.Bryan@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-22-50020-PHX-DWL |
| Plaintiff, | **GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
| vs. | |
| Thomas Richard Gallaway, | |
| Defendant. | |

Comes now the United States, by and through the undersigned attorney, and hereby files this Response to defendant Thomas Richard Gallaway's Motion to Early Terminate Probation (Doc. 2).[1] Upon review of the defendant's motion, and subsequent discussion with the defendant's supervising probation officer, the government does not object to early termination of the defendant's current term of supervised release.

Respectfully submitted this 2nd day of May, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/William H. Bryan III*
WILLIAM H. BRYAN III
Assistant U.S. Attorney

---

[1] Although the defendant's motion is entitled "Motion to Early Terminate Probation", the motion is actually a request for early termination of the defendant's term of supervised release.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of May, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

Amy L. Wilson, Esq.

_*s/William H. Bryan III*_
U.S. Attorney's Office