# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Thomas Richard Gallaway,<br><br>    Defendant. | No. CR-22-50020-001-PHX-DWL<br><br>**ORDER** |

The Court having reviewed Defendant's Motion to Early Terminate Probation (sic) (Doc. 2), the probation officer's memorandum and Government's Response (Doc. 5),

IT IS ORDERED granting Defendant's Motion.

IT IS FURTHER ORDERED terminating Defendant's supervised release as of this date.

Dated this 4th day of May, 2023.

_____
Dominic W. Lanza
United States District Judge